# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISQUALLI STATION, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:26-cv-08665-KES-SAB<br>ORDER GRANTING ADAM Z. TAPP'S *PRO HAC VICE* APPLICATION<br>(ECF No. 4) |

Before the Court is the application of Andrew Z. Tapp, attorney for Nisqualli Station, Inc., for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge